IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO A. IRIAS, | ) | No. C 04-2740 JW (PR) |
| Petitioner, | ) | |
| vs. | ) | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| JEANNE S. WOODFORD, | ) | |
| Respondent. | ) | |

    Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 28, 2007, the Court denied the petition for writ of habeas corpus. A few years later, in 2011 and 2012, Petitioner filed several letters and requests to reopen the case. (Dkt. Nos. 29-35.) On January 8, 2013, the Court construed Petitioner's requests as motions for reconsideration, and denied them. On January 24, 2013, Petitioner filed a notice of appeal from the denial of his motions for reconsideration. On March 12, 2013, the Ninth Circuit ordered a limited remand to determine whether a certificate of appealability should issue.

    Upon review of the record, Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of

Order Denying Certificate of Appealability
G:\PRO-SE\SJ.LHK\General Duty\Irias740coaden.wpd

1 | appealability is DENIED.

2 | The Clerk shall serve notice of this order forthwith to the United States Court of Appeal
3 | and to the parties. *See* Fed. R. App. P. 24(a).
4 | IT IS SO ORDERED.
5 | DATED: 3/14/13

LUCY H. KOH
United States District Judge

Order Denying Certificate of Appealability
G:\PRO-SE\SJ.LHK\General Duty\Irias740coaden.wpd   2